No. 85. WILHITE ET AL. v. UNITED STATES. October 14, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. L. L. Hamby* and *Henry J. Richardson* for petitioners. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Mr. Fred K. Dyar* for the United States.

No. 88. FOSTER v. ALABAMA DRY DOCK & SHIPBUILDING Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Palmer Pillans* for petitioner. *Mr. Harry H. Smith* for respondent.

No. 94. SHERRY v. BALTIMORE & OHIO R. Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Andrew M. Henderson* for petitioner. *Mr. Union C. De Ford* for respondent.

No. 95. COMPAGNIE GENERALE TRANSATLANTIQUE v. AMERICAN TOBACCO Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph P. Nolan* and *Anthony J. Ernest* for petitioner. *Messrs. Jonothan H. Holmes, John David Lannon,* and *Clinton Robb* for respondent.

No. 96. COUNTY OF GALLATIN ET AL. v. YELLOWSTONE PARK TRANSPORTATION Co. October 14, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. T. J. Walsh* for petitioners. *Mr. T. B. Weir* for respondent.